IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-CR-30142-SPM |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 2113(a), 2113(d), 2113(e) and 2 |
| JAYLAN D. QUINN and ) | |
| ANDREW R. BRINKLEY, ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

FILED
SEP 0 8 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**COUNT 1**

**ARMED BANK ROBBERY RESULTING IN DEATH**

On or about August 27, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**JAYLAN D. QUINN,**

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of First Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put in jeopardy the life of another person, by the use of a dangerous weapon, that is a handgun; and, further, in committing such offense did kill Ted Horn; all in violation of Title 18, United States Code, Sections 2113(a), 2113(d), 2113(e), and 2.

**COUNT 2**

**BANK ROBBERY**

On or about August 27, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**ANDREW R. BRINKLEY,**

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of First Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

**A TRUE BILL**

*[signature]*
LAURA V. REPPERT
Assistant United States Attorney

*[signature]*
Digitally signed by STEVEN WEINHOEFT
Date: 2021.09.07 22:46:12 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETENTION